**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6360**

CORNELIUS BARNES, a/k/a Cornelius Lamont Barnes,

Plaintiff - Appellant,

v.

RYAN DAWSON; ROBERT DAUGHERTY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-ct-03164-M)

Submitted:  November 6, 2023                                    Decided: November 17, 2023

Before AGEE and RICHARDSON, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cornelius Barnes, Appellant Pro Se. Edward Eugene Coleman, III, RAGSDALE LIGGETT, PLLC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Barnes appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Barnes v. Dawson*, No. 5:20-ct-03164-M (E.D.N.C. Mar. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*